

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00452-CV

Sean Whitehead and POC Marina, LLC a/k/a Marina Del Mar, LLC
v.
Michael Weynand, Travis Materials Land Company, Ltd., and Travis Materials Land
Port O'Connor, LP

On Appeal from the
135th District Court of Calhoun County, Texas
Trial Court Cause No. 2020-CV-3991-DC

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 1, 2025